IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY WILLIAMS and <br> NINA WILLIAMS, h/w | : <br> : <br> : | CIVIL ACTION |
| Plaintiffs | : <br> : | NO.  14-3891 (PBT) (LKC) |
| v. | : <br> : | |
| GENERAL MOTORS, LLC | : <br> : | |
| Defendant | : | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiffs Gary Williams and Nina Williams hereby dismiss the instant action against General Motors, LLC only, with prejudice, each party to bear its own taxable costs.

| | |
|---|---|
| FELDMAN, SHEPHERD, WOHLGELERNTER, TANNER, WEINSTOCK & DODIG, LLP | RICCI TYRRELL JOHNSON & GREY |
| _____ <br> ALAN M. FELDMAN <br> DANIEL J. MANN <br> EDWARD S. GOLDIS <br> 1845 Walnut Street, 21st Floor <br> Philadelphia, PA  19103 <br> 215-567-8300 <br> Attorneys for Plaintiffs Gary and Nina Williams | /s/ Mary Grace Maley <br> FRANCIS J. GREY, JR. <br> MARY GRACE MALEY <br> 1515 Market Street, Suite 700 <br> Philadelphia, PA 19102 <br> 215-320-3260 <br> Attorneys for Defendant <br> General Motors, LLC |